UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL ENRIQUE PEREZ LOPEZ,<br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br>Respondents. | CIVIL ACTION<br>No. 25-12640-IT |

### ORDER OF DISMISSAL

**TALWANI, D.J.**

In light of the Order [Doc. No. 23], dated October 10, 2025, GRANTING Petitioner's Motion to Dismiss [Doc. No. 22], this action is DISMISSED WITHOUT PREJUDICE.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 10/10/2025

By /s/ Savannah Cook
Deputy Clerk